## Ex parte ELLMORE LIVELY.

No. A-7496.    Opinion Filed June 10, 1930.
(289 Pac. 359.)

See, also, 141 Okla. 85, 284 Pac. 18.

Ellmore Pinnick, for petitioner.

The Attorney General, for the State.

CHAPPELL, J.  The petitioner, Frank S. Lively, filed his petition in this court for a writ of habeas corpus

alleging that he was illegally restrained of his liberty by the sheriff of Oklahoma county, Okla.

It appearing that the prisoner has been discharged and is no longer being held by the sheriff of Oklahoma county, the petition is moot, and the writ is therefore dismissed.

EDWARDS, P. J., and DAVENPORT, J., concur.